UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JULIUS MAXWELL TRAMEL,

                Plaintiff,

                                                    Civil Action No. 20-CV-6491 EAW

       v.

ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant
-----------------------------------------------------------X

## STIPULATION AND ORDER FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between Kathryn L. Smith, Assistant United States Attorney, for James P. Kennedy, Jr., the United States Attorney for the Western District of New York, attorneys for the defendant herein, and Jeanne Murray, Esq., attorney for the Plaintiff, that the Acting Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$6,583.63,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. *See* ECF No. 16 (MOTION). The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of **$400.00**.

|  |  | JAMES P. KENENDY, JR.<br>United States Attorney<br>Western District of New York |
|---|---|---|
| DATE: 9/7/2021 | BY: | S/KATHRYN L. SMITH<br>Assistant U.S. Attorney |
| DATE: 9/7/2021 | BY: | S/JEANNE MURRAY, ESQ.<br>Attorney for Plaintiff |

**SO ORDERED:**

_____
**HONORABLE ELIZABETH A. WOLFORD**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

**DATE:**   September 7, 2021